UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.,*<br>FERNANDO MARTINEZ,<br><br>        Plaintiff-Relator,<br><br>        v.<br><br>GENERAL ELECTRIC AVIATION SYSTEMS<br>LLC, and BAE SYSTEMS, INC.,<br><br>        Defendants. | Civil Action No. 19-2564 (EGS)<br><br>FILED UNDER SEAL |

THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL
AND MOTION TO LIFT SEAL

The Plaintiff, Fernando Martinez (the "Relator"), has filed a Notice of Voluntary Dismissal of this action. ECF No. 10. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States further requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice/Motion, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Acting Assistant Attorney General

          MATTHEW M. GRAVES
          United States Attorney

          BRIAN P. HUDAK
          Acting Chief, Civil Division

          By:  /s/ *Darrell C. Valdez*
          DARRELL C. VALDEZ
          Assistant United States Attorney
          555 Fourth Street, NW
          Washington, DC 20530
          (202) 252-2507

          ANTHONY GILL
          MICHAL TINGLE
          JAMIE YAVELBERG
          Attorneys, Civil Division
          Department of Justice
          Post Office Box 261
          Washington, D.C. 20044
          Telephone: (202) 305-2335
          anthony.d.gill@usdoj.gov

          *Attorneys for the United States of America*